In the Matter of FRANCISCO GARCIA, Sometimes Known as FRANCISCO GARCIA Y LOPEZ, Deceased.— Decree so far as appealed from affirmed,

with costs to respondent payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.